| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 3 | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| | nicholas.marfori@ogletree.com |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, California 90071 |
| 5 | Telephone:  213-239-9800 |
| | Facsimile:   213-239-9045 |
| 6 | |
| 7 | Attorneys for Defendant |
| | BUFFETS HOLDINGS, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JAMES RUTHERFORD, an individual, | Case No. 5:19-cv-01417 VAP (SPx) |
| 12 | Plaintiff, | **DEFENDANT BUFFETS HOLDINGS, LLC'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |
| 13 | v. | |
| 14 | BUFFETS HOLDINGS, LLC, a Minnesota limited liability company; BLUE BANNER PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| 15 | | Complaint Filed: July 31, 2019 |
| | | Trial Date:       None |
| 16 | | District Judge:   Hon. Virginia A. Phillips |
| | | Courtroom 8A, First St. |
| 17 | Defendants. | Magistrate Judge: Hon. Sheri Pym |
| | | Courtroom 3, Riverside |

39856573_4.docx

Case No. 5:19-cv-01417 VAP (SPx)
DEFENDANT BUFFETS HOLDINGS, LLC'S NOTICE OF RELATED CASES
PURSUANT TO LOCAL RULE 83-1.3.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Central District of California Local Rule 83-1.3.1, the undersigned counsel of record for defendant Buffets Holdings, LLC ("Defendant") hereby gives notice that the instant action is related to the following action currently pending in the United States District Court for the Central District of California because it: (1) arises from the same or a closely related transaction, happening, or event; (2) calls for determination of the same or substantially related or similar questions of law and fact; and/or (3) would entail substantial duplication of labor if heard by different judges:

1.  *Mel Kleinman v. Hometown Buffet, et al.,* United States District Court, Central District of California, Case No. 5:19-cv-01036 JGB (SHKx) ("*Kleinman*"), filed June 5, 2019 in Central District of California.

The *Kleinman* and instant actions are virtually identical as they arise from the same alleged transactions, happenings, and events.  Specifically, each Complaint alleges that plaintiffs, who rely upon mobility devices such as a wheelchair to ambulate, were denied the full use and enjoyment of the restaurant located 24990 Redlands Boulevard, Loma Linda, California 92354 (the "Restaurant") because the Restaurant's parking spaces were inaccessible to persons with disabilities due to Defendant's alleged failure to provide a level access aisle in the parking space designated for disabled persons. (*Rutherford* Complaint (ECF No. 1) ¶¶ 1-2, 14, 22, 32-33; *Kleinman* Complaint (ECF No. 1) ¶¶ 1, 3, 15, 22, 31.)

Additionally, the *Rutherford* and *Kleinman* actions are based on identical legal claims:  Each action alleges violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and the Unruh Civil Rights Act, California Civil Code § 51 *et seq*. (*Rutherford* Complaint (ECF No. 1) ¶¶ 31-35, 37-39; *Kleinman* Complaint (ECF No. 1) ¶¶ 30-34, 36-38.)

Finally, each of the actions seeks substantially similar remedies, including the

1   Case No. 5:19-cv-01417 VAP (SPx)
DEFENDANT BUFFETS HOLDINGS, LLC'S NOTICE OF RELATED CASES
PURSUANT TO LOCAL RULE 83-1.3.1

39856573_4.docx

identical injunctive relief. (*Rutherford* Complaint (ECF No. 1) Prayer for Relief ¶¶ 1-4; *Kleinman* Complaint (ECF No. 1) Prayer for Relief ¶¶ 1-4.)

  Based on the facts stated above, there would be substantial duplication of labor, judicial resources and risk of inconsistent outcomes if the *Rutherford* and *Kleinman* actions were heard by different judges. Defendant therefore respectfully requests that the two cases be deemed related.

Respectfully submitted,

DATED: September 5, 2019  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ J. Nicholas Marfori
  Amber L. Roller
  J. Nicholas Marfori

Attorneys for Defendant
BUFFETS HOLDINGS, LLC

39856573.4

2    Case No. 5:19-cv-01417 VAP (SPx)
DEFENDANT BUFFETS HOLDINGS, LLC'S NOTICE OF RELATED CASES
PURSUANT TO LOCAL RULE 83-1.3.1

39856573_4.docx